IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01650-MJW

JERRY L. CHASE,

    Applicant,

v.

RANDY LIND, Warden, Arkansas Valley Correctional Facility, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Grand County District Court case number 08CR147, including all documents in the state court file and transcripts of all proceedings conducted in the state court and any physical evidence that is relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
           Grand County District Court
           307 Moffat Avenue
           P.O. Box 192
           Hot Sulphur Springs, Colorado 80451; and

(2)    Court Services Manager
       State Court Administrator's Office
       1300 Broadway, Suite 1200
       Denver, Colorado 80203.

DATED May 8, 2015.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
United States Magistrate Judge
