**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01650-MJW

JERRY L. CHASE ,

    Petitioner,

v.

RANDY LIND, WARDEN, ARKANSAS VALLEY CORRECTIONAL FACILITY
JOHN SUTHERS, ATTORNEY GENERAL, STATE OF COLORADO ,

    Respondent.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Application for Writ of Habeas Corpus [29] of Magistrate Judge Michael J. Watanabe entered on July 23, 2015 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [1] filed 6/12/2014, is denied and this case is dismissed with prejudice.  It is further

ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C.§ 2253(c).

    Dated at Denver, Colorado this 24th day of July, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

By:  s/   s/S. Libid
              s/S. Libid
              Deputy Clerk